[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12011
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00246-MMH-PDB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOYCE DEAN GRIFFIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 15, 2019)

Before BRANCH, GRANT, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Mitchell Stone, appointed counsel for Doyce Dean Griffis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Griffis's convictions and sentences are **AFFIRMED.**